**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| ANDREW PLASCENCIA, <br><br> Plaintiff, <br><br> v. <br><br> SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. <br><br> Defendant. | Civil Action No: 3:25-cv-473 <br><br> **NOTICE OF REMOVAL** <br><br> **Removed From:** <br> Mecklenburg County General Court of Justice District Court Division – Small Claims <br> 25CV026562-590 |

Pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendant Sedgwick Claims Management Services, Inc. ("Sedgwick"), by and through its undersigned attorneys, hereby gives notice of removal of the above-captioned action from the General Court of Justice, District Court Small Claims Division, Mecklenburg County, North Carolina. In support of removal, Sedgwick states as follows:

**The Removed Action**

1. Plaintiff Andrew Plascencia is a citizen and resident of North Carolina and employee with Bank of America.

2. As a Bank of America employee, Plaintiff participates in the Bank of America Group Benefits Program (the "Plan"), as amended and restated, which is sponsored by Bank of America for the benefit of its eligible employees and the eligible employees of its affiliated companies that participate in the Plan.

3. The Plan is an employee welfare benefit plan established and maintained under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001, *et seq*.

4. The Plan provides that a third-party can be designated by Bank of America as a claims administrator to review claims for benefits under the Plan.

5. To the extent the claims administrator is delegated authority to make claims determinations under the Plan, such claims administrator has full discretionary power as it relates to those claims determinations.

6. Sedgwick is an Illinois Corporation with its headquarters in Memphis, Tennessee.

7. Sedgwick is the short-term disability claims administrator for Bank of America and has full discretionary authority to administer Bank of America's short-term disability program under the Plan and make decisions on short-term disability claims. Sedgwick manages Bank of America's leave of absence and short-term disability programs.

8. Plaintiff applied for short-term disability benefits under the Plan, and Plaintiff's application was denied by Sedgwick. (*See* **Ex. A** at 4 ("Despite documentation supporting eligibility for benefits, Sedgwick arbitrarily and capriciously denied the claim and caused financial harm.").)

9. On or about May 27, 2025, Plaintiff filed a Complaint in the General Court of Justice, District Court Small Claims Division, Mecklenburg County, North Carolina, captioned *Andrew Plascencia v. Sedgwick Claims Management Services, Inc.*, Case No. 25-CV-026562-590 (the "Action"). Plaintiff obtained a Magistrate Summons addressed to Defendant on May 28, 2025. Defendant was served in the Action on June 2, 2025.

10. **Exhibit A** constitutes all process, pleadings, and orders received by Defendant Sedgwick Claims Management Services, Inc. as required by 28 U.S.C. § 1446(a).

11. Plaintiff brings the Action seeking to recover short term disability benefits under the Plan pursuant to ERISA, 29 U.S.C. § 1132(a)(1)(B). (*See* **Ex. A** at 4 ("Plaintiff seeks

reimbursement for unpaid insurance benefits, processing fees, and related damages caused by Sedgwick's failure to act in good faith.").

### Removal is Timely

12. The Complaint in the Action was served on Sedgwick on June 2, 2025 (**Ex. A** at 1).

13. In accordance with 28 U.S.C. § 1446(b), this notice of removal is being filed within 30 days of Sedgwick's receipt of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

### Original Jurisdiction

14. Removal is proper pursuant to 28 U.S.C. § 1441(a) because this is a civil action in a state court of which the district courts of the United States have original jurisdiction.

15. Plaintiff's Complaint in the Action purports to assert a cause of action for the recovery of benefits under ERISA, 29 U.S.C. § 1132(a)(1)(B). (*See* **Ex. A** at 4 ("Plaintiff seeks reimbursement for unpaid insurance benefits, processing fees, and related damages caused by Sedgwick's failure to act in good faith.").)

16. This Court therefore has original jurisdiction of the Action under 28 U.S.C. § 1331 because Plaintiff's Complaint arises under ERISA. *See DeCoe v. CommScope, Inc. of N. Carolina*, No. 5:24-CV-00025-KDB-DCK, 2024 WL 3659312, at *4 (W.D.N.C. Aug. 5, 2024) ("Because [plaintiff] asserts a cause of action under ERISA, removal of this action was proper. . . . [plaintiff's] Complaint asserts a separate claim for denial of unpaid benefits under ERISA, thereby satisfying federal-question jurisdiction.").

### The Removal Procedures Have Been Satisfied

17. In light of the foregoing, removal of this case is proper pursuant to 28 U.S.C § 1441.

18. The United States District Court for the Western District of North Carolina, Charlotte Division, is the United States District Court and Division in which the Action is pending. Venue is therefore proper in this Court. *See* 28 U.S.C. § 1441(a).

19. A copy of the Summons and Complaint served in the Action are attached as **Exhibit A**. *See* 28 U.S.C. § 1446(a). No additional process, pleadings, or orders have been served on or by Sedgwick.

20. As required by 28 U.S.C. § 1446(d), promptly after filing this notice of removal, Sedgwick will give written notice thereof to all parties and shall file a copy of this Notice of Removal with the Clerk of Superior Court, Mecklenburg County, North Carolina, a copy of which is attached as **Exhibit B**[1].

21. This notice of removal does not waive any objections Sedgwick may have to defects in process or service of process, jurisdiction, venue, or any other defenses.

WHEREFORE, Defendant Sedgwick Claims Management, Inc. respectfully requests this case be removed to the United States District Court for the Western District of North Carolina, Charlotte Division.

This the 1st day of July, 2025.

Respectfully submitted,

*/s/ Wood W. Lay*
Wood W. Lay (NC State Bar No. 25126)
Drew P. Newman (NC State Bar No. 58746)
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 331-1159

---

[1] To avoid unnecessary duplication, Sedgwick has not attached as part of Exhibit B another copy of this pleading, but hereby incorporates it therein by reference.

Email: woodlay@mvalaw.com
Email: drewnewman@mvalaw.com

*Attorneys for Defendant Sedgwick Claims Management Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed via CM/ECF and was served via U.S. Mail on Plaintiff as follows:

        Andrew Plascencia
        309 E Morehead St. Apt 407
        Charlotte, NC 28202

This the 1st day of July, 2025.

        */s/ Wood W. Lay*
        Wood W. Lay